UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:10 CR 140 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DIANA HARRIS, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On April 6, 2012, the above-mentioned case was referred to Magistrate Judge William H. Baughman, to conduct the appropriate proceedings, except for sentencing, and to prepare a report and recommendation regarding the violation report submitted to the court on March 19, 2011.

On April 9, 2012, the Defendant, represented by Assistant Federal Public Defender, Carolyn Kucharski, appeared before Magistrate Judge Baughman for a violation and detention hearing. The Defendant admitted to the violation charged in the report dated March 15, 2012; to wit, 1) Defendant has not applied 90% of monies from judgments to the outstanding court ordered financial obligation. Magistrate Judge Baughman issued a report and recommendation to this court finding that the Defendant has violated the conditions of her Supervised Release.

The court held a sentencing hearing on May 16, 2012 and has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. The Defendant has admitted to

the violation as charged in the Probation Office's March 15, 2012 violation report. As a result the court finds that the Defendant has violated the terms of her Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record. The court hereby adopts the Magistrate's Report and Recommendation (ECF No. 29). Based on this court's review of all relevant factors, the court hereby orders that the Defendant remain on Supervised Release with the same terms and conditions and the added conditions of: 1) Pay $3000 towards her financial obligations within ten days of this Order; 2) Defendant shall pay at least 15% of her gross monthly income towards any outstanding financial obligation; and 3) Defendant shall be placed on Home Confinement with Electronic Monitoring for a period of four weeks, the cost of this program being waived. Defendant may participate in the Earned Leave Program. Defendant was advised of her appellant rights.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 16, 2012